| Fill in this information to identify your case: |
| --- |
| United States Bankruptcy Court for the: |
| SOUTHERN DISTRICT OF FLORIDA |
| Case number *(if known)* _____  Chapter __11__ |

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy          04/20

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document,** *Instructions for Bankruptcy Forms for Non-Individuals,* **is available.**

| | | |
| --- | --- | --- |
| 1. | **Debtor's name** | **ImmunSYS, Inc.** |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **82-5189208** |

| | |
| --- | --- |
| 4. **Debtor's address** | **Principal place of business** |

**Principal place of business**

**12 SE 7th Street, Suite 607**
**Fort Lauderdale, FL 33301**
Number, Street, City, State & ZIP Code

**Broward**
County

**Mailing address, if different from principal place of business**

**2805 E. Oakland Park Blvd. #451**
**Fort Lauderdale, FL 33306**
P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

| | | |
| --- | --- | --- |
| 5. | **Debtor's website** (URL) | **www.immunsys.com** |

| | | |
| --- | --- | --- |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

Debtor **ImmunSYS, Inc.**                                      Case number (*if known*) _____
　　　　Name

**7.  Describe debtor's business**   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

　　____

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply:*

　　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　　■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　　☐ A plan is being filed with this petition.

　　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

　　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

　　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| Debtor _____ | | Relationship _____ |
| District _____ | When _____ | Case number, if known _____ |

Debtor   **ImmunSYS, Inc.**                                      Case number (*if known*) _____
_____
Name

**11.  Why is the case filed in this district?**    *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.  Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                            Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency     _____
          Contact name         _____
          Phone                _____

---

■■■  **Statistical and administrative information**

**13.  Debtor's estimation of available funds**    .    *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.  Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ■ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15.  Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16.  Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | **ImmunSYS, Inc.** | Case number (*if known*) | |
| | Name | | |

---

| | **Request for Relief, Declaration, and Signatures** |

---

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **December 31, 2020**
              MM / DD / YYYY

**X** **/s/ Igor Keselman**                       **Igor Keselman**
    Signature of authorized representative of debtor           Printed name

Title    **CEO**

---

**18. Signature of attorney**

**X** **/s/ Jeffrey P. Bast**                 Date   **December 31, 2020**
    Signature of attorney for debtor                       MM / DD / YYYY

**Jeffrey P. Bast 996343**
Printed name

**Bast Amron LLP**
Firm name

**One SE Third Avenue, Suite 1400**
**Miami, FL 33131**
Number, Street, City, State & ZIP Code

Contact phone   **305.379.7904**      Email address   **jbast@bastamron.com**

**996343 FL**
Bar number and State

---

## RESOLUTION OF DIRECTORS OF IMMUNSYS, INC. AUTHORIZING THE FILING FOR BANKRUPTCY REORGANIZATION

The undersigned, constituting a majority of the Directors of ImmunSYS, Inc. (the "Corporation"), do hereby consent to and adopt the following resolution:

WHEREAS, the Corporation is currently unable to pay its debts as they become due;

WHEREAS, the Corporation is at material risk of creditor enforcement actions;

WHEREAS, the undersigned believe that it is in the best interests of the Corporation to pursue a voluntary chapter 11 bankruptcy proceeding seeking reorganization under the federal bankruptcy laws to ensure an orderly process, continue in business and obtain the best outcome for the disposition of its personal property; and

WHEREAS, the undersigned agree to and ratify the retention of counsel of Jeffrey P. Bast, Esq., Jaime B. Leggett, Esq. and BAST AMRON LLP to assist the Corporation in the preparation of said chapter 11 bankruptcy.

NOW, THEREFORE, it is

RESOLVED, that the Corporation file chapter 11 reorganization, under the federal bankruptcy laws, and the Corporation is hereby authorized and directed to take such action and execute and file such documents as it may deem necessary, desirable or advisable to effectuate the foregoing; and it is further

RESOLVED, that the Corporation authorizes the President, Igor Keselman (the "Authorized Officer") to execute and file on behalf of the Corporation all petitions, schedules, statements, lists and other motions, papers or documents, as may be beneficial to the Corporation, requested by counsel for the Corporation or as otherwise may be appropriate in connection with the bankruptcy of the Corporation, and to take any and all action deemed necessary or proper to obtain such relief, including, without limitation, any action necessary to maintain the ordinary course operation of the Corporation; and it is further

RESOLVED that the Authorized Officer be, and hereby is, authorized and directed to employ the law firm of Bast Amron LLP, as bankruptcy counsel to represent and assist the Corporation in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Corporation's rights and obligations, including any pleadings and petitions for relief; and in connection therewith, the Authorized Officer, with power of delegation, is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed an appropriate application for authority to retain the services of Bast Amron LLP; and it is further

Page 1 of 4

RESOLVED that the Authorized Officer be, and hereby is, authorized and directed to employ any other professionals to assist the Corporation in carrying out its duties under the Bankruptcy Code, and in connection therewith, the Authorized Officer, with power of delegation, is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed an appropriate application for authority to retain the services of any other professionals as necessary; and it is further

RESOLVED that the Authorized Officer be, and hereby is, authorized and directed to close any existing bank accounts and open Debtor in Possession bank accounts with a bank approved by the U.S. Trustee for such purpose.

NOW, THEREFORE, BE IT RESOLVED, that in addition to the specific authorizations heretofore conferred upon the Authorized Officer, the Authorized Officer hereby is authorized, directed, and empowered, in the name of, and on behalf of Corporation to take or cause to be taken any and all such further actions, to execute and deliver any and all such agreements, certificates, instruments, and other documents and to pay all expenses, including filing fees, in the case, as shall be necessary or desirable to fully carry out the intent and accomplish the purposes of the resolutions, and it is further

RESOLVED that all acts, actions and transactions relating to the matters contemplated by the foregoing resolutions done in the name of and on behalf other Corporation, which acts have been approved by the foregoing resolutions except that such acts were taken before these resolutions were certified, are hereby in all respects approved and ratified.


IN WITNESS WHEREOF, the undersigned has hereunto executed this Resolution dated as of this 30th day of December, 2020.

SIGNATURES ON FOLLOWING PAGE

00645745.DOC 4
Page 2 of 4

SIGNATURES OF SOLE DIRECTORS


By: _____
    David Bostwick
    Director



By: I g o r   K e s e l m a n
    Igor Keselman
    Director



By: _____
    Gary Onik
    Director

# UNITED STATES BANKRUPTCY COURT
### Southern District of Florida
### www.flsb.uscourts.gov

In Re:

**ImmunSYS, Inc.**

Case Number

Chapter **11**

_____   Debtor(s)   /

## DECLARATION UNDER PENALTY OF PERJURY TO ACCOMPANY PETITIONS, SCHEDULES, FILING FEE APPLICATIONS AND STATEMENTS FILED ELECTRONICALLY

*Note: This declaration must be filed with each electronically filed initial petition or amended petition and must contain the imaged signature of the debtor. This declaration must also be filed with an initial schedule, Application to Pay Filing Fee in Installments, Application for Waiver of the Chapter 7 Filing Fee, SFA, Statement of Social Security Number, or Statement of Current Monthly Income (OBF 22) not filed with the initial petition or any amended schedules, SFA, Statement of Social Security Number, and/or Statement of Current Monthly Income (OBF 22) unless these documents contain an imaged signature of the debtor(s).*

**Check all documents that apply to this declaration**

| | |
|---|---|
| ☐ Application by Individual Debtor to Pay Filing Fee in Installments | ☐ Application for Waiver of the Chapter 7 Filing Fee for Individuals Who Cannot Pay the Filing Fee in Full or in Installments |
| ☑ Voluntary petition signed by me on **December 31, 2020** | ☐ Amended voluntary petition signed by me on _____ |
| ☐ Schedules signed by me on _____ | ☐ Amended schedules signed by me on _____ |
| ☐ Statement of Financial Affairs signed by me on _____ | ☐ Amended Statement of Financial Affairs signed by me on _____ |
| ☐ Statement of Social Security Number(s) signed by me on _____ | ☐ Amended Statement of Social Security Number(s) signed by me on _____ |
| ☐ Statement of *Current Monthly Income (OBF 22)* signed by me on _____ | ☐ Amended Statement of *Current Monthly Income (OBF 22)* signed by me on _____ |

I,    **Igor Keselman, as CEO of** the undersigned debtor(s) **hereby declare under penalty of perjury as follows:**

1.    I have reviewed and signed the original(s) of the document(s) identified above and the information contained in the Verified Document(s) is true and correct to the best of my knowledge and belief.

2.    I understand that Verified Document(s) filed in electronic form shall be treated for all purposes (both civil and criminal, including penalties of perjury) in the same manner as though signed or subscribed.

3.    I understand that the Verified Document(s) will be filed by my attorney in electronic form in connection with the above captioned case and that I have received and reviewed copies of the Verified Document(s) I have signed.

4.    I understand that my attorney is required by the court to retain the original signed Verified Document(s) for five years from date of discharge, dismissal or the conclusion of any pending appeals in this case and provide these documents to the court upon request at any time.

I g o r   K e s e l m a n
_____
**Signature of Debtor**
**(If non individual, authorized corporate representative)**

_____
**Signature of Joint Debtor (if applicable)**

**By Igor Keselman as CEO of Debtor ImmunSYS, Inc.**
_____
**Print or Type Name (and title if applicable)**

_____
**Print Name**

**Jeffrey Bast, Esq. 996343**
_____
**Print or Type Name of Attorney for Debtor**

**305.379.7904**
_____
**Phone:**

2048145 Ontario Inc.
120 Spinnaker Way, Unit 2
Concord, ON L4K 2P6


ADP - Payroll
One ADP Boulevard
Roseland, NJ 07070


Advarra
PO Box 74008070
Chicago, IL 60674-8072


Advent Health System
400 Celebration Place
Kissimmee, FL 34749


ADVYZOM, LLC
335 Snyder Avenue
Berkeley Heights, NJ 07922


Agustin V. Gago (DASH Consulting)
19 Chapman Drive
Massapequa Park, NY 11764


Alina Caraballo
11312 NW 65th St.
Doral, FL 33178


Aon Risk Services Central
PO Box 955816
St. Louis, MO 63195-5818


Arch Insurance Co.
One Liberty Plaza, 53rd Fl.
New York, NY 10006


Atlanta BioMedical Corporation
305 Shawnee North Drive, Suite 250
Suwanee, GA 30026


Atlantix Partners
800 Corporate Drive, Suite 408
Ft. Lauderdale, FL 33336

Baker, Donnelson,Bearman, Caldwell & Ber
100 Light Street
Baltimore, MD 21204


BioEthicA, LLC
4741 Jacob Ln
Wentzville, MO 63387


Black Diamond Networks Inc.
23 Main Street, Suite 3
Andover, MA 01812


Blaise Group International, Inc.
101 Pacifica, Suite 280
Irvine, CA 92620


Blue Cross and Blue Shield of Florida, I
4800 Deerwood Campus Pkwy
Jacksonville, FL 32248


Borex Capital LLC
122 E 42nd Street
New York, NY 10170


Box, Inc.
900 Jefferson Ave
Redwood City, CA 94065


C&T INVESTMENT GROUP
Palm Grove House, P.O. Box 428
Roadtown, B.VI VG 1110


Charles J. Link Jr., M.D.
14137 South Shore Drive
Clive, IA 50327


Charlson International/Tianjin Medinux T
3/F, Building 5,2 Haitai Fazhan 2nd Road
Tianjin, China 00030-0384


Clearview Limited, LLC d/b/a Grant Engin
1800 N Greene St Ste E
Greenville, NC 27836

CNA Insurance
151 N. Franklin St.
Chicago, IL 60606

Concept Group
380 Cooper Rd.
West Berlin, NJ 08093

Conure Friedman C/O John Friedman
812 Park Ave, Apt 2D
New York, NY 20021

Courthouse Place
P.O. BOX 714674
Cincinnati, OH 45271-4676

CROWE, LLP
PO Box 71570
Chicago, IL 60694-1572

Dang C&C Services
13318 Tobiasson Rd
Poway, CA 92066

Daniel K. Recinella
17 Tomahawk Trail
Queensbury, NY 12806

David G. Bostwick, M.D.
4724 Lake Calabay Drive
Orlando, FL 32837

David Vaughan MD
8754 Lake Tibet Court
Orlando, FL 32838

Donald Trump, M.D.
11744 Stuart Mill Rd.
Oakton, VA 22126

Dorsey & Whitney LLP
50 South 6th St
Minneapolis, MN 55402

Dotart LLC
721 Crandon Blvd., Unit 208
Key Biscayne, FL 33151


Douglas Watson
52 Liberty Corner Rd.
Far Hills, NJ 07933


E. David Crawford, M.D.
1590 Little Raven
Denver, CO 80204


Eamonn P. Hobbs
2804 NE 30th St
Ft. Lauderdale, FL 33308


Eucure Bipharma Co., Ltd.
Rm.1202, Bldg 5, NO.2, South Ronghua Rd,
Beijing, P.R.China
100178


Extra Space, Ft. Lauderdale
4950 N Dixie Hwy
Oakland Park, FL 33334


Farnan Med-Dev Consulting, Inc.
4200 NE 26th Ave.
Ft. Lauderdale, FL 33310


First Insurance Fund
450 Skokie Blvd, Ste 1000
Northbrook, IL 60062-7919


Fish & Richardson
3200 RBC Plaza, 60 S. 6th St.
Minneapolis, MN 55404


FJS Consultants
Suite 8F, Hollywood Centre, 77-91 Queens
Sheung Wan, Hong Kong


Florida Department of Revenue
5050 W. Tennessee Street
Tallahassee, FL 32399-0180

Florida Department of Revenue
Miami Service Center
8175 NW 12th Street, Ste 119
Miami, FL 33126-1828


Fox Hollow Consultants
4025 North Federal Hwy. Unit A-112
Ft. Lauderdale, FL 33306


Frontage Labs
700 Pennsylvania Dr.
Exton, PA 19343


Gabrielle Rossi
301 SE Orchid St.
Ankeny, IA 50023


Gary Onik, M.D.
401 East Los Olas Blvd, Suite 130-407
Ft. Lauderdale, FL 33303


George C. Prendergast, Ph.D.
100 E. Lancaster Ave.
Wynnewood, PA 19098


Glenn Jones
P.O. Box 13419
Ft.Pierce, FL 34979


Gregory Champion
30 Kettles Way
Queensbury, NY 12804-6413


Howard Sharfman
8017 Laurel Ridge Court
Delray Beach, FL 33446


Hylant Group, Inc.
6714 Pointe Inverness Way
Ft Wayne, IN 46806


Igor Keselman
512-1 Maison Parc Crt.
Thornhill, ON L4J 9K1

Internal Revenue Service
Centralized Insolvency Operations
PO Box 21126
Philadelphia, PA 19114-0326


Jeffrey L. Cleland Ph.D.
225 Aberdeen Drive
San Carlos, CA 94072


JOEMAR, Inc.
2923 Greenfield Road
Glenshaw, PA 15118


Jon Condra
41 Countryside Dr.
Doylestown, PA 18903


Jonathan Davis
35 Hillview Ave
North Smithfield, RI 02896


Joseph G. Gerardi, MBA
4025 N Federal Hwy Apt 112A
Ft. Lauderdale, FL 33310


Julian Biba
PO Box 256
Tuxedo Park, NJ 10989


Kevin D. Gates
14 Graywood Dr.
Lincoln, RI 02865


Lake Street Capital Markets, LLC
920 Second Avenue South, Suite 700
Minneapolis, MN 55404


Latham & Watkins, LLP
555 11th Street NW, Suite 1000
Washington, D.C. 20004-1306


Llewelyn Lee
100 Star Ridge Place
El Paso, TX 79912

Lucinda L. Tennant, R.N.
30421 Pueblo Ct.
Adel, IA 50003-8469


Mario Mautino
301 SE Orchid St.
Ankeny, IA 50023


Mark A. Saab Revocable Lilving Trust Dat
396 Andover St.
Lowell, MA 01852


Marlene Wright-Barton
3900 Galt Ocean Drive, Apt. 2501
Ft. Lauderdale, FL 33310


Marlene Wright-Barton, RAC
3900 Galt Ocean Drive, Apt. 2501
Ft. Lauderdale, FL 33310


Marvao Medical Devices Ltd
Business Centre, GMIT Galway, Dublin Roa
Galway, Ireland H91 T8NW


Matther Kleinsteuber
1711 S Summerlin Ave
Orlando, FL 32806


Medevixx, LLC
2804 NE 30th Street
Ft. Lauderdale, FL 33308


Michael Cremeans
11875 Wellesley Lane
Chardon, OH 44024


Micronor Inc.
900 Calle Plano, Suite K
Camarillo, CA 93014


MJI Family Investments C/O Marc Isaacs
5002 E. Exeter Blvd
Phoenix, AZ 85018

Mountain Med Device Solutions, LLC
17 Mohawk Trail
Queensbury, NY 12804


Neal Shore, M.D.
4 Nelson Court
Myrtle Beach, SC 29574


NextPhase
150 Hopper Avenue
Waldwick, NJ 07463


Nexus Research Informatics, Inc.
6701 Corintia Street
Carlsbad, CA 92011


NG Production Films
801 International Parkway, 5 floor
Lake Mary, FL 32746


Noble Life Sciences, Inc
PO Box 242
Woodbine, MD 21799


Norman Schwartz
3277 Surmont Drive
Lafayette, CA 94551


Origen, LLC
21451 Vista Drive
Trabuco Canyon, CA 92681


Pathology Research Laboratory, Inc
521 Rocca Avenue
South San Francisco, CA 94082


Patricia M. Gabri C/O David Gabri
9714 Green Island Cove
Windermere, FL 34786


Patricia W Cash
913 Jasmine Street
Celebration, FL 34749

Precision for Medicine, Oncology and Rar
200 Route 31 North, Auite 102
Flemington, NJ 08824


Procurement Network Inc. (ProNet)
1265 N. Manassero St., Suite 308
Anaheim Hills, CA 92809


Rebekah Link
1125 Oklahoma Drive
Ames, IA 50016


Richard Harris MD
501 W North Ave. Suite 201
Melrose Park, IL 60162


Richard Mark Friedhoff
10 Tower Court
London, England WC2H 9NU


Ricky Solomon
6516 Colulmbine Ct.
Niwot, CO 80503


Robert Stafford
911 W. Cypress Lane
Pompano Beach, FL 33069


Scarsdale Consulting
14 Oak Lane
Scarsdale, NY 10585


Scientific Animations
2517 Tea Leaf Ln
Tustin, CA 92782


Shanghai Junshi
Floor 13, Building 2, Nos. 36 and 58, Ha
Shanghai, P.R.China


Shanghai Yafo Capital
2F,1305 South Suzhou Rd
Shanghai, P.R.China
, 200005

Sheffield Corporation
5 Sheffield West
Winchester, MA 01890-3528


Small Business Administration
51 SW 1st Ave, Suite 201
Miami, FL 33132


Stephen Riley
500 Circle Dr.
Pompano Beach, FL 33062


Steven O'Day, M.D.
2344 Banyan Drive
Los Angeles, CA 90051


Steven Schwenk
1291 Hammock Creek Way
Ft Myers, FL 33905


Syntactx
4 World Trade Center, 150 Greenwich Stre
New York, NY 10009


Timan LLC
PO Box 586
Mendocino, CA 95462


Timothy Murphy
101 Blackstone Blvd
Providence, RI 02906


Timothy Murphy, M.D.
101 Blackstone Blvd.
Providence, RI 02908


Trio Seed Partners, L.P.
8429 Hobnail Rd.
Manlius, NY 13104


UPS Store #2033
2805 E. Oakland Park Blvd
Ft. Lauderdale, FL 33306

Urocam
400 Spinnaker Way  Unit 2
Vaughan
ON, Canada, L4K 5Y11


Velosio, LLC
PO Box 933191
Cleveland, OH 44195


Welocalize Life Sciences
241 E 4th St
Frederick, MD 21702


Xiamen Amoytop Biotech Co, Ltd.
No. 330 Wengjiao Rd,,Xinyang Industry Zo
Xiamen, Fujian
P.R. China, 361024


Yourvaccx Founders, LLC
4724 Lake Calabay Drive
Orlando, FL 32837