**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **ImmunSYS, Inc.** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF FLORIDA** |
| Case number (if known): | **20-24196** |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Alina Caraballo 11312 NW 65th St. Doral, FL 33178** | | **Convertible Note** | | | | **$75,000.00** |
| **Atlantix Partners 800 Corporate Drive, Suite 408 Ft. Lauderdale, FL 33334** | | **Trade Vendor** | | | | **$12,150.00** |
| **Blaise Group International, Inc. 101 Pacifica, Suite 280 Irvine, CA 92620** | | **Trade Vendor** | | | | **$311,000.00** |
| **Conure Friedman C/O John Friedman 812 Park Ave,  Apt 2D New York, NY 20021** | | **Convertible Note** | | | | **$20,000.00** |
| **Dorsey & Whitney LLP 50 South 6th St Minneapolis, MN 55402** | | **Professional Services** | | | | **$835,157.52** |
| **First Insurance Fund 450 Skokie Blvd, Ste 1000 Northbrook, IL 60062-7919** | | **Insurance Premium Financing** | | | | **$51,167.40** |
| **Fish & Richardson 3200 RBC Plaza, 60 S. 6th St. Minneapolis, MN 55404** | | **Professional Services** | | | | **$291,385.37** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **ImmunSYS, Inc.** | | Case number *(if known)* | **20-24196** |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Howard Sharfman**<br>**8017 Laurel Ridge**<br>**Court**<br>**Delray Beach, FL**<br>**33446** | | Convertible Note | | | | **$10,000.00** |
| **Latham & Watkins,**<br>**LLP**<br>**555 11th Street NW,**<br>**Suite 1000**<br>**Washington, D.C.**<br>**20004-1306** | | Professional Services | | | | **$68,734.10** |
| **Llewelyn Lee**<br>**100 Star Ridge Place**<br>**El Paso, TX 79912** | | Convertible Note | | | | **$12,237.67** |
| **Lucinda L. Tennant,**<br>**R.N.**<br>**30421 Pueblo Ct.**<br>**Adel, IA 50003-8469** | | Wages | | | | **$49,115.35** |
| **Mark A. Saab**<br>**Revocable Lilving**<br>**Trust Dat**<br>**396 Andover St.**<br>**Lowell, MA 01852** | | Convertible Note | | | | **$50,000.00** |
| **Matther**<br>**Kleinsteuber**<br>**1711 S Summerlin**<br>**Ave**<br>**Orlando, FL 32806** | | Convertible Note | | | | **$50,000.00** |
| **Michael Cremeans**<br>**11875 Wellesley**<br>**Lane**<br>**Chardon, OH 44024** | | Convertible Note | | | | **$20,000.00** |
| **MJI Family**<br>**Investments C/O**<br>**Marc Isaacs**<br>**5002 E. Exeter Blvd**<br>**Phoenix, AZ 85018** | | Convertible Note | | | | **$50,000.00** |
| **Origen, LLC**<br>**21451 Vista Drive**<br>**Trabuco Canyon,**<br>**CA 92681** | | Trade Vendor | | | | **$10,807.39** |
| **Patricia M. Gabri**<br>**C/O David Gabri**<br>**9714 Green Island**<br>**Cove**<br>**Windermere, FL**<br>**34786** | | Convertible Note | | | | **$100,000.00** |
| **Ricky Solomon**<br>**6516 Colulmbine Ct.**<br>**Niwot, CO 80503** | | Convertible Note | | | | **$150,000.00** |

| Debtor | **ImmunSYS, Inc.** | Case number *(if known)* | **20-24196** |
|---|---|---|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Stephen Riley 500 Circle Dr. Pompano Beach, FL 33062** | | **Convertible Note** | | | | **$100,000.00** |
| **Trio Seed Partners, L.P. 8429 Hobnail Rd. Manlius, NY 13104** | | **Convertible Note** | | | | **$100,000.00** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy